# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-00482-PRW |
| ) | |
| GARFIELD COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on United States Magistrate Shon T. Erwin's Report and Recommendation (Dkt. 14), entered on October 8, 2021. The Court observes that no party has objected to the Report and Recommendation within the time limits prescribed. The Court has also reviewed Magistrate Judge Erwin's Report and Recommendation (Dkt. 14) de novo and agrees with the reasoning and conclusions therein. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court **ADOPTS** Magistrate Judge Erwin's Report and Recommendation (Dkt. 14) and **DISMISSES WITHOUT PREJUDICE** the action for Plaintiff's failure to pay the initial filing fee as ordered by the Court.

**IT IS SO ORDERED** this 1st day of November 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE